IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAITLYN TRIMBLE, *individually and on behalf of all others similarly situated*, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00969-RDB<br>)<br>) |
| v. | )<br>) |
| AMERICAN FIRST FINANCE, LLC, | )<br>) |
| Defendant. | )<br>) |

**DEFENDANT AMERICAN FIRST FINANCE, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS**

Defendant American First Finance, LLC ("AFF"), by and through its undersigned counsel, moves to compel arbitration of Plaintiff Kaitlyn Trimble's ("Plaintiff") claims pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA").

As set forth more fully in the accompanying Memorandum of Law in Support, the Court should dismiss the Complaint because Plaintiff is subject to a valid and enforceable arbitration provision and the purported dispute falls within the scope of the arbitration provision.

Plaintiff seeks damages arising from the Consumer Rental-Purchase Agreement (the "Contract") she entered with AFF. The Contract includes a bilateral arbitration provision (the "Arbitration Provision"), in which the parties agreed that either party can elect to have *any* dispute regarding the Contract, or the services provided under the Contract, resolved by a neutral, binding arbitration on an individual, non-class basis. AFF has elected to resolve Plaintiff's individual dispute through arbitration. Because the FAA mandates enforcement of such agreements, Plaintiff cannot proceed in this forum, and this Court should compel arbitration of the dispute and dismiss the case.

WHEREFORE, for the foregoing reasons and for reasons more fully set forth in the

accompanying Memorandum of Law in Support, AFF respectfully requests that the Court dismiss Plaintiff's Complaint and order the parties to arbitrate the dispute.

Dated: May 3, 2024

                                                Respectfully submitted,

*/s*                              
Jessica L. Farmer (Bar # 18978)
Richard A. Ochran, Jr. (Bar #21247)
HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Jessica.Farmer@hklaw.com
Richard.OchranJr@hklaw.com

Bryan O. Balogh (*pro hac vice*)
Allyson R. Mancuso (*pro hac vice*)
HOLLAND & KNIGHT LLP
1901 6th Avenue N.
Suite 1400
Birmingham, AL 35203
Telephone: (205) 226-5700
Bryan.Balogh@hklaw.com
Allyson.Mancuso@hklaw.com

*Attorneys for Defendant*
*American First Finance, LLC*

#501169516_v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2024, I caused the foregoing MOTION TO COMPEL ARBITRATION AND TO DISMISS to be served on the following person[s] by the Court's CM/ECF system:

Benjamin H. Carney
Richard S. Gordon
GORDON, WOLF & CARNEY, CHTD.
11350 McCormick Road, Executive Plaza 1
Suite 1000
Hunt Valley, Maryland 21031
Telephone: (410) 825-2300
Facsimile (410) 825-0066
Email: bcarney@GWCfirm.com
rgordon@GWCfirm.com

*Attorneys for Plaintiff*

/s/
Jessica L. Farmer

#501169516_v1